US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Tsuruta v. Tsuruta

**USCA#:**

**Case Number:** 4:22-CV-00425-SPM

**Plaintiff:** NAOTERU TSURUTA

**Defendant:** SARAH MARGARET TSURUTA

**Attorney:**
Jonathan D. Marks (for pla)
4 CityPlace Drive
Suite 497
Creve Coeur, MO  63141
Ph:  314-993-6300   Fax:
Email:  jdm@themarkslawfirm.com

**Attorney:**
John D. Kershman (for dft)
230 S Bemiston
Suite 770
Clayton, MO  63105
Ph:  314-373-7135   Fax:
Email:  john@ak-stl.com

**Court Reporter(s):**
Gayle Madden

Please return files and documents to:
Clerk for Eastern District of Missouri

Person to contact about the appeal:
Joshua Cowen at 314-244-9700

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**